UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Anquan Montrez Cobb, #300653, ) | C/A No.: 8:07-cv-3343-GRA-BHH |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | (Written Opinion) |
| Stan Burt, Warden of Lieber Correctional ) | |
| Institution, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion to Reconsider this Court's Order filed June 19, 2008 which adopted the magistrate's Report and Recommendation granting summary judgment for the defendants and dismissing Petitioner's petition, pursuant to 28 U.S.C. § 2254, for failure to exhaust his available state court remedies. Additionally, the petitioner, in the same Motion for Reconsideration, requests that the case be transferred to the Eastern District of Michigan.

Petitioner is proceeding *pro se*. This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

Petitioner's Motion for Reconsideration asks the Court to revisit its analysis of Petitioner's action against the respondents.  After a review of the record, this Court finds that its prior decision was and is correct as a matter of law.  Consequently, this Court must deny petitioner's motion.

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration be DENIED.

IT IS FURTHER ORDERED that all other outstanding motions are DENIED as MOOT.

**IT IS SO ORDERED**.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
July  15 , 2008

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Petitioner has the right to appeal this Order within thirty (30) days from the date of its entry.  Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**